

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00092-CV

Mitchell **PATTERSON**,
Appellant

v.

Gloria A. **PATTERSON**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

## O R D E R

On September 10, 2020, we granted appellant a thirty-day extension of time to file his brief making his brief due by October 15, 2020. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by November 5, 2020** his brief and a written response reasonably explaining: (1) his failure to timely file a brief; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court